**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**


RE:   Docket Number 2021-CA-0657

Larry Reed

- - Versus - -

Louisiana Horticulture Commission

19th Judicial District Court
Case #: 444061
East Baton Rouge Parish


On Application for Rehearing filed on   01/05/2022 by Larry Reed

Rehearing   DENIED

_____

Walter I. Lanier III

Elizabeth Wolfe


Date   **JAN 1 4 2022**

Rodd Naquin, Clerk